# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2026

*The Court of Appeals hereby passes the following order*

**A26I0126. YASEEN FOOD, INC v. SIMCHAH MACON, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24SCCV098658



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, February 27, 2026.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*